UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 08-802 |
| v. | : | RECOGNIZANCE NO. New1643 |
| **ANTHONY MATIAS** | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| | : | Case No. DNJX208MJ004066 DNJX208CR000802 |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of Five thousand dollars ($5,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 8 day of December, 2011

**ORDERED** that the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Andris Ai Moronta, St. Hugh of Cluny RC Church, 145 West Tioga Street, Philadelphia, PA 19140 the surety of said recognizance.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT